FILED

2017 JAN 31  AM 9:08

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

January, 30 2017

Elbert Reeves
1414 Som Center Rd.
Mayfield, OH 44124
Case# 1:04CR526-004

To Judge Patricia A Gaughan;

I Elbert Reeves, respectfully submit this letter to the courts asking for a review for early termination of my federal probation, based on my conduct since my release from prison 9/17/2013. Since my release prison I have taken the necessary steps to add value to my life and to my community. I had been self-employed as contractor and certified in asbestos removal . I have actively mentored other young men with trouble past, to help them not follow my path.  I'm currently working hands on with the non-profit organization Kings Son's training young men in the construction trade.

Since my release from prison I had one irresponsible incident (OVI 2014) this incident was reduced to a reckless operation.  I took responsibility for my actions and I attended AAA classes and a court mandated class for operating a vehicle while impaired, which was all approved by my probation officer. This incident allowed me to refocus on my goals and appreciate my freedom even more.

I have not missed one mandated appearance with my probation officer. All drug screenings have been negative. Also have met all financial responsibilities to the courts.

My reasons for asking the court, to grant my early release of federal probation are as followed. 1. Have become a model citizen and have adjusted to society. 2.  I have two children and I need to become responsible and apply for life insurance for myself.  3. I need to apply for a passport to travel abroad, for personal and business matters. 4. I have found the love of my life and I'm intending to be engage soon. I'm Starting a new life I won't to close the chapter of my life.

I would like to thank you for taking the time to review this matter.

Sincerely,
Ebert Reeves